THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GUS GEORGE, Appellant. (Two Cases.)

Submitted May 19, 1939; decided June 2, 1939.

Stephen R. J. Roach for appellant.

William R. Condit, Corporation Counsel (Samuel Faile of counsel), for respondent.

Judgments affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.